UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMES WADE

                    Plaintiff

V.

DONNA DENESE ATHERTON, MSW

                    Defendant

CIVIL ACTION
NO. 11-10051-GAO

## NOTICE OF DEFAULT

Upon application of the Plaintiff, __JAMES WADE__ for an order of Default for failure of the Defendant, __DONNA DENESE ATHERTON, MSW__, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this __19__ day of __JUNE, 2012__.

                                  SARAH A. THORNTON
                                  CLERK OF COURT

                              By:   /s/ Paul Lyness
                                        Deputy Clerk

**Notice mailed to:**

(Default Notice.wpd - 3/7/2005)