UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 1:11-CV-10051-PBS

| | |
|---|---|
| JAMES WADE, | ) |
|        Plaintiff | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, and | ) |
| DONNA DENESE ATHERTON, MSW | ) |
|        Defendants. | ) |
| | ) |

### PLAINTIFF, JAMES WADE'S RENEWED MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT, DONNA DENESE ATHERTON, MSW

Upon the issuance of a Notice for Default [D.E. 26], entered by the Court on June 19, 2012, the Plaintiff respectfully requested the Court enter a Default Judgment against Defendant Donna Denese Atherton, MSW (hereinafter "Defendant Atherton") in the above-captioned case pursuant to F.R.C.P. 55 on July 16, 2012 [D.E. 29]. On October 18, 2012, the Court entered its Amended Memorandum and Order on Plaintiff's Motion For Default Judgment [D.E. 39] which denied the motion without prejudice to be renewed when "…the case has been adjudicated as to the remaining defendant, so as to avoid the risk of inconsistent judgments." Now that the Plaintiff has settled his case against Defendant, United States of America and dismissed said Defendant [D.E. 50], the Plaintiff respectfully renews his motion for default judgment against Donna Denese Atherton, MSW. The Plaintiff requests a hearing for the Court to determine the amount of damages, pursuant to F.R.C.P. 55(b)(33)(B).

### Factual History

At all times relevant hereto, the Plaintiff, James Wade was treating at Roxbury Comprehensive Community Health Center (hereinafter "RoxComp"), a Federally Supported Health

Center, pursuant to the Federally Supported Health Care Center Assistance Act of 1992 (Pub. L.102-501), operating at all times relevant hereto, as a health center which conducted a Methadone Assessment and Treatment ("MAT") program in Boston, Massachusetts.  While a patient at RoxComp, the Plaintiff submitted a request for an out-of-state courtesy dose form in order to attend a family event in Georgia. On or about July 30, 2009, Defendant Atherton completed the dose form for the Plaintiff, signed his name to the form without his permission, and incorrectly identified him as being HIV positive.  As a result of the highly sensitive information being transmitted to another facility, and being incorrect, the Plaintiff has suffered and continues to suffer from depression, anxiety, and loss of sleep.  The Plaintiff also suffered from a fear that he actually was HIV positive and had not been told so.

## **Procedural History**

On January 10, 2011, the Plaintiff filed a Complaint [D.E. 1] against the United States of America for the acts committed by both RoxComp and Defendant Atherton. The United States denied that Defendant Atherton was an employee, and instead claimed that she was an independent contractor.  A Motion to Amend the Complaint to add Defendant Atherton as a party was filed with the Court [D.E. 21] on February 29, 2012 and granted on March 30, 2012.  Upon the granting of the Motion, the Plaintiff served upon Defendant Atherton the Amended Complaint [D.E. 22], and a Return of Service was filed with the Court on April 24, 2012 [D.E.24].  Although representations were made that an Answer would be filed, none was filed.  On June 19, 2012, the Court, upon the request of the Plaintiff, entered a Notice of Default against Defendant Atherton [D.E. 26].  On July 16, 2012, Plaintiff filed his Motion for Default Judgment Against Defendant, Donna Denese Atherton, MSW [D.E. 29].  On October 18, 2012, the Court entered its Amended Memorandum and Order on Plaintiff's Motion For Default Judgment [D.E. 39] which denied the motion without prejudice to be renewed when "…the case has been adjudicated as to the remaining

defendant, so as to avoid the risk of inconsistent judgments." Now that the Plaintiff has settled his case against Defendant, United States of America and dismissed said Defendant [D.E. 50], the Plaintiff respectfully renews his motion for default judgment against Donna Denese Atherton, MSW.

There is no dispute as to the courtesy dose form being signed by Defendant Atherton, that Mr. Wade was incorrectly identified on the form as being HIV positive and the form was sent to a facility in Georgia.

WHEREFORE, the Plaintiff, JAMES WADE, respectfully requests that the Court hold a hearing to determine the amount of damages based on the injuries suffered by the Plaintiff as a result of the forgery of his signature to a document that falsely identified him as having a positive HIV status and grant such other and further relief as it deems just and proper.

Respectfully submitted,

JAMES WADE, Plaintiff,
By his attorney,

*/s/: Ross Annenberg*_____
Ross Annenberg, Esquire
BBO No.: 560996
Abigail Williams & Associates, P.C.
340 Main Street, Suite 330
Worcester, MA 01608
Tel: 508-795-1955
Fax: 508-7951710
rannenberg@medical-law.com

# CERTIFICATE OF SERVICE

   I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*Served by ECF to:*
*Not applicable*

*Served by mail and Certified Mail to:*
Donna Denese Atherton, MSW
7 Oak Ridge Drive West
Brockton, MA 02301-2143


Dated: April 23, 2013       */s/: Ross Annenberg*_____
                Ross Annenberg, Esquire