AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF   Massachusetts

James Wade

V.

Donna Denese Atherton, MSW

**EXHIBIT AND WITNESS LIST**

Case Number:  1:11-CV-10051-FDS

| PRESIDING JUDGE<br>F. Dennis Saylor | | PLAINTIFF'S ATTORNEY<br>Ross A. ANNENBERG | | | DEFENDANT'S ATTORNEY<br>(none) |
|---|---|---|---|---|---|
| TRIAL DATE (S)<br>7/12/2013 | | COURT REPORTER<br>O'HARA | | | COURTROOM DEPUTY<br>CICOLINI |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| 1 | | 7/12/2013 | X | X | Courtesy Dose Form from Roxbury Comprehensive Community Health Center |
|   |   |   |   |   | Dated 7/28/2009 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1         Pages