UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**JAMES WADE**
        **Plaintiff**

v.                       CIVIL ACTION NO.: **1:11-10051-FDS**

**UNITED STATES OF AMERICA and
DONNA DENESE ATHERTON, MSW**
        **Defendants**

## DEFAULT JUDGMENT

**SAYLOR, D.J.**

    Defendant **DONNA DENESE ATHERTON, MSW** having failed to plead or otherwise defend in this action and its default having been entered,

    Now, upon application of plaintiff and evidence demonstrating that defendant is not an infant or incompetent person or in the military service of the United States.

    It is hereby ORDERED, ADJUDGED AND DECREED that plaintiff recover from defendant **DONNA DENESE ATHERTON, MSW** the amount of $6,500.00, for a total judgment of $ 6,500.00 with interest as provided by law.

    Defendant **UNITED STATES OF AMERICA** was dismissed from this action on January 14, 2013, when the plaintiff filed a stipulation of dismissal pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii).

                                            By the Court,

Dated: 12 JUL 2013                            /s/ Pietro Cicolini
                                                        Deputy Clerk

NOTE: The post judgment interest rate effective this date is  0.15  %.